UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOSEPH & BILLIE ROMAN | CIVIL ACTION |
| VERSUS | NO. 09-761 |
| STATE FARM FIRE AND CASUALTY COMPANY | SECTION "N" (2) |

**ORDER AND REASONS**

Before the Court is the Motion to Dismiss All of Plaintiff's Claims (Rec. Doc. 20), filed by Defendant State Farm Fire and Casualty Company ("State Farm"). After considering the memoranda of the parties and the applicable law, the Court denies this motion.

In the motion, State Farm requests that all of Plaintiffs' claims in this matter be dismissed based on Plaintiffs' failure to comply with the Magistrate Judge's September 23, 2009 Order (Rec. Doc. 16) which instructed Plaintiffs to reply to State Farm's discovery requests by October 7, 2009. State Farm specifically asserts that Plaintiffs failed to "completely" respond to their requests. (Rec. Doc. 20-2, p. 2). State Farm alleges that Plaintiffs partly responded to requests for production and failed to respond at all to interrogatories. Plaintiffs, on the other hand, contend that they have responded to both interrogatories and requests for production. (Rec. Doc.

21, p. 3). On the showing made, the Court will not grant the instant motion, dismissing all of Plaintiffs' claims. However, to the extent that State Farm contends that Plaintiffs' discovery responses are incomplete, State Farm may file the appropriate motion and set it for hearing before the assigned Magistrate Judge. Accordingly,

**IT IS ORDERED** that the **Motion to Dismiss All of Plaintiff's Claims (Rec. Doc. 20**) is **DENIED.**

New Orleans, Louisiana, this 9th day of December 2009.

KURT D. ENGELHARDT
United States District Judge